1   Jonathan A. Backman                                    E-filed on: April 14, 2010
    Law Office of Jonathan A. Backman
2   117 N. Center Street
    Bloomington, Illinois 61701-5001
3   (309) 820-7420
    jbackman@backlawoffice.com
4
    Matthew L. Johnson
5   Matthew L. Johnson & Associates, P.C.
    Lakes Business Park
6   8831 West Sahara Avenue
    Las Vegas, Nevada 89117
7   (702) 471-0065
    (702) 471-0075 facsimile
8   mjohnson@mjohnsonlaw.com

9   Counsel for the Liquidating Trustee

10
                    IN THE UNITED STATES BANKRUPTCY COURT
11                          DISTRICT OF NEVADA

12  | IN RE:                                          | ) | Chapter 11                          |
    |-------------------------------------------------|---|-------------------------------------|
13  |                                                 | ) |                                     |
    | XYIENCE INCORPORATED,                           | ) |                                     |
14  | a Nevada corporation,                           | ) | No. BK-S-08-10474-MKN               |
    |                                                 | ) |                                     |
15  | Debtor.                                         | ) |                                     |
    |                                                 | ) |                                     |
16  | DAVID R. HERZOG,                                | ) |                                     |
    | as Liquidating Trustee,                         | ) |                                     |
17  |                                                 | ) |                                     |
    | Plaintiff,                                      | ) | Adversary Case No. 10-1079-MKN      |
18  |                                                 | ) |                                     |
    | v.                                              | ) |                                     |
19  |                                                 | ) |                                     |
    | ZUFFA MARKETING, LLC, a Nevada                  | ) |                                     |
20  | limited liability company,                      | ) |                                     |
    |                                                 | ) |                                     |
21  | Defendant.                                      | ) |                                     |

22                              NOTICE OF DISMISSAL

23          Plaintiff David R. Herzog, as Liquidating Trustee, for the estate of

24  Xyience, Incorporated, the former debtor and debtor in possession the above-captioned

25  Chapter 11 case, hereby gives notice that he is dismissing this adversary proceeding

26  pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made

27  applicable here by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

28  Dated: April 14, 2010

2

1                              Respectfully submitted,

2

3

                           /s/  Jonathan A. Backman

4

5 Jonathan A. Backman
Law Office of Jonathan A. Backman
6 117 N. Center Street
Bloomington, Illinois 61701-5001
7 (309) 820-7420
FAX:  (309) 820-7430
8 jbackman@backlawoffice.com

9 *David Herzog, as Liquidating Trustee for the*
   *Estate of Xyience, Incorporated*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## CERTIFICATE OF SERVICE

2          I, Jonathan A. Backman, an Illinois attorney, hereby certify that on April

3 14, 2010, I electronically filed the foregoing **Notice of Dismissal** with the Clerk of the

4 Court using the CM/ECF system which will send notification of such filing to the

5 following:

6

Matthew L. Johnson
7 on behalf of Plaintiff DAVID HERZOG
MATTHEW L. JOHNSON & ASSOCIATES, P.C.
8 Lakes Business Park
8831 West Sahara Avenue
9 Las Vegas, Nevada 89117
(702) 471-0065
10 (702) 471-0075 facsimile
mjohnson@mjohnsonlaw.com
11
Bruce T. Beesley
12 Michael N. Feder
Anthony W. Austin
13 on behalf of ZUFFA MARKETING, LLC
LEWIS & ROCA LLP
14 3993 Howard Hughes Parkway
Suite 600
15 Las Vegas, Nevada 89169
Telephone: (702) 949-8200
16
and I hereby certify that I have delivered the document to the following non-CM/ECF
17
participants by electronic transmission to: NONE
18

19

20
                                         /s/ Jonathan A. Backman
21                                         Jonathan A. Backman

22

23

24

25

26

27

28